The People of the State of New York ex rel. Thomas Marshall v. Leonard R. Welles, as Commissioner of Police, etc.— Determina-

tion confirmed, with ten dollars costs and disbursements. All concurred. No opinion.